DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEOVANNY MARVIN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-0331 LJO |
| *Plaintiff,* | STIPULATION TO ADVANCE SENTENCING HEARING; ORDER |
| v. | |
| GEOVANNY MARVIN GARCIA, | Date: July 22, 2011 |
| *Defendant.* | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Geovanny Marvin Garcia, that the hearing currently set for August 5, 2011 at 9:00 a.m., **may be advanced and rescheduled to July 22, 2011, at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on July 22, 2011.

///
///
///
///
///
///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 15, 2011 | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 15, 2011 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>GEOVANNY MARVIN GARCIA |

**ORDER**

IT IS SO ORDERED.

**Dated:   July 15, 2011**                            /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

GARCIA: Stipulation to Advance Sentencing Hearing;
[Proposed] Order                                    2